

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO INDEPENDENT SCHOOL DISTRICT, | § | No. 08-14-00056-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 346th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ANNA LUISA KELL, | | |
| | § | (TC# 2013DCV2275) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief third motion for extension of time within which to file the brief until **October 31, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 31, 2014.

IT IS SO ORDERED this 15th day of October, 2014.

PER CURIAM